Robin M. Lee
Clark County Detention Center
330 S. Casino Center Blvd.
L.V., N.V. 89101



IN THE UNITED STATES DISTRICT Court
DISTRICT OF NEVADA

Robin M. Lee, plaintiff,
V.
Steven A. Wynn, &
Elaine Wynn,
Wynn Hotel & Casino,
Security; Defendants

2:13-cv-01776-JCM-NJK

Civil Action Brought Forth in Regards to Recovery of Personal Belongings & property

Plaintiff Robin M. Lee hereby commences civil action upon Wynn Hotel & Casinos are the matters of Security wrongfully taking Lee's Black leather Brief Bag with all his court documents in May 2013, in which plaintiff was in the casino lobby, walked away from his paperwork & property & Security zoomed in & asked for identification, which Lee was not carrying at time.

P.2

Security informed Lee that unless he has an id he can come by to pick up his belongings at the Security offices. He alleges that Security knew who he was, due to he is homeless & the worse dressed person in the middle of Luxury at it's finest as if he is always nude, mostly in shorts & T-shirts.

Lee did return with his id & was told by Security that they do not have any property of his consisted of a $600 million default judgement v. Telecheck Corp.; Inc. A $10 Billion default v. Bank of Hawaii; his copies of those actions etc. He wanted to show Steve Wynn anyhow, the back of all his checks & Notes payables.

Lee is specific. He ask Mr. & Mrs. Wynn for a Million in damages for his property taken. He cannot find himself to fabricate other valuable items to a Federal Court or to the defendants, for recovery & He adds an automatic $10 million default / Loan Corporate; Line of credit, as if Wynn also advertises, loans for settlements.com at Penske-Wynn; with Respect to the Court & the defendants,

Dated: 9-21-13

John M. Lee
ROBIN M. LEE

P.3

Lee also wishes to ask Mr. ° or Mrs. Wynn might they consider helping Lee as if they the #1 Law firm in Nevada for civil actions v. Verizon, Banks, Western Union an entire list of corp. creditors that he cannot get to in Pro-se; while robbed by the Hawaii Bar Assoc. ° kept incarcerated ° homeless & trying to get out of being a victim of identity theft at the same time; He actually wants damages sought v. the counter claimant of $2.5 Billion per discussio; Hollywood felt he deserved a Billion per 5 years of wrongful/illegal incarceration He spent. Lee ask of the Wynn's to incur all costs of the action ° the fees associated as well

Dated: 9-22-13

Respectfully submitted,
John M. Yee
Robin M. Lee

Lee apologizes for being a nuisance to Wynn since 1996 due to being brainwashed